(119 So. 926).
**STATE v. Ray PHILLIPS.   (7 Div. 533.)**
Court of Appeals of Alabama.   Jan. 22, 1929.

RICE, J.   Appeal dismissed.

(119 So, 926)
**STATE v. Fred SEARCH.   (7 Div. 532.)**
Court of Appeals of Alabama.   Jan. 22, 1929.

SAMFORD, J.   Appeal dismissed.

(123 So. 927)
**STATE v. Cyril SIMMONS.   (3 Div. 637.)**
Court of Appeals of Alabama.   June 18, 1929.

SAMFORD, J.   Affirmed, on authority of State v. Jordan, ante, p. 129, 122 So. 183.

(128 So. 925)
**STATE v. William E. SKEGGS.
8 Div. 124.**

Court of Appeals of Alabama.
May 6, 1930.

Charlie C. McCall, Atty. Gen., Wm. P. Cobb, Asst. Atty. Gen., Wade Wright, of Decatur, and Fred Wall, of Athens, for the State.

O. Kyle, A. J. Harris, and S. A. Lynne, all of Decatur, for appellee.

PER CURIAM.
Affirmed.

(125 So. 926)
**Jennie STEWART v. GENERAL MOTORS ACCEPTANCE CORP.   (6 Div. 560.)**

Court of Appeals of Alabama.   Dec. 10, 1929.

SAMFORD, J.   Affirmed.

(124 So. 926)
**Fletcher STEWART v. STATE.   (5 Div. 799.)**
Court of Appeals of Alabama.   Nov. 26, 1929.

RICE, J.   Appeal dismissed.

(122 So. 926)
**Jesse STRANE v. STATE.   (8 Div. 885.)**
Court of Appeals of Alabama.   May 21, 1929.

RICE, J.   Affirmed.

(119 So. 926)
**H. STRAUSS v. STATE.   (1 Div. 798.)**
Court of Appeals of Alabama.   Nov. 27, 1928.
Rehearing Stricken Dec. 11, 1928.

RICE, J.   Affirmed.

(119 So. 926)
**H. STRAUSS v. STATE.   (1 Div. 797.)**
Court of Appeals of Alabama.   Nov. 20, 1928.
Rehearing Stricken Dec. 11, 1928.

SAMFORD, J.   Affirmed.

(120 So. 927)
**W. M. STRICKLAND v. STATE.
(6 Div. 478.)**

Court of Appeals of Alabama.   Feb. 12, 1929.

Thos. J. Judge, Morton Nesmith, and Chester Austin, all of Birmingham, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.   Reversed and remanded, for failure of compliance with the rule laid down in Thacker v. State, 20 Ala. App. 302, 101 So. 636.